## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On June 1, 2017, Laurel Police Department ("LPD") responded to a residence in Laurel, Maryland, following a call reporting a disturbance at that location. Two adult females, Victim 1 and Victim 2, were found hiding in a nearby treeline. One reported that the Defendant, **ROBERT CARL DIIENNO ("DIIENNO"),** was their pimp, and that **DIIENNO** had assaulted Victim 1 over an argument about prostitution. Communications by Victim 1 recovered from her Facebook account corroborate that Victim 1 was assaulted on June 1, 2017 when she refused to walk the streets.

Investigation by LPD continued after the June 1, 2017 arrest of **DIIENNO**, including numerous search warrants executed on **DIIENNO**'s and the victim's phones, residence, Facebook account, Venmo transactions, and other information. Texts, emails, hotel receipts, Venmo transactions, and other information confirm that **DIIENNO** acted as the pimp for Victim 1, Victim 2, and Victim 3, all adult females. More particularly, from between at least November 2016 through June 1, 2017, **DIIENNO** persuaded, induced, enticed, and coerced Victim 1, Victim 2 (until April 2017), and Victim 3 (in May and June 2017) in a prostitution enterprise that included travel between Maryland and Washington, D.C., Virginia, Florida, and South Carolina for purposes of servicing "dates" in acts of prostitution. The victims provided the proceeds of prostitution activity to **DIIENNO**, including transferring payments through Paypal and Venmo, internet-based payment services.

During between at least November 2016 and June 2017, **DIIENNO** and Victim 1, and at times other women including Victim 2 and Victim 3, lived at the residence in Laurel, Maryland. The Laurel residence was used as a group home and base of the enterprise. "Meeting minutes" recovered from the house pursuant to a search warrant identify the location as "Duh ho house." Police recovered "meeting minutes" recorded on a standard form used in group homes for recovering addicts. Some of the meeting minutes are signed by Victim 2 and record, for example: 1) attendance (**DIIENNO**, Victim 1 and Victim 2); 2) a report on potential new recruits; and 3) a "Comptroller's Report" that showed dollar amounts of earnings week-over-week for, e.g., Victim 1 and Victim 2. For example, the "amount paid" column for the meeting on January 2, 2017, carries over to the "previous balance" column for January 9, 2017. The numbers show that Victim 1 brought in $3,136 the first week and $3,390 the second week. The numbers show that Victim 2 brought in $4,076 the first week and $4,035 the second week. These amounts are related to the prostitution activity of the victims.

In the Laurel residence and on **DIIENNO's** laptop, copies of documents titled "ho Rules," "ho Training Manual," and "Pimp/ho Contract" were recovered. In the various documents, there are stated requirements that a "ho" submits to the control of the "Pimp." In the "Pimp/ho

Contract," "[t]he ho agrees to accept any punishment the Pimp decides to inflict, whether earned or not," and such punishments include "but are not limited to": "Spanking," "Slapping," or "Rounds of boxing (with appropriate safety gear)." The "contract" also sets forth certain limitations on punishment, including that "[p]unishment must not incur permanent bodily harm" or other specific results such as "[p]unishment must stop immediately if blood is drawn," "[c]ausing internal bleeding," and "[e]xtensive visible bruising." The Victims were subject to these and other rules.

Two firearms belonging to **DIIENNO** were recovered from the Laurel residence: a 12-gauge Mossberg pump shotgun (with serial number U646051), and a Smith & Wesson, Model MP9, 9mm semiautomatic pistol (with serial number DSU6245). At least one victim recalls seeing **DIIENNO** handle a firearm and being intimidated by the behavior.

Texts from **DIIENNO's** phone show that on many occasions he managed, monitored, and sometimes provided transportation to dates in multiple states in a single day, including February 10, April 5, April 25, May 4, and May 26 of 2017 for Victim 1, and March 23 and April 12 for Victim 2. Notably, there are numerous other dates in which Victim 1, Victim 2, or Victim 3 were living at the residence in Laurel but serviced clients for **DIIENNO** in another state. In late May 2017, **DIIENNO** transported Victims 1 and 3 to Myrtle Beach, South Carolina to engage in prostitution during a local festival there. In addition, Backpage ads depicting Victim 2 indicate availability for outcalls in "DC, MD, and VA." At various times on various dates, **DIIENNO** instructed one or more victims to "Repost" to move their respective ads up on the Backpage site. He also required the victims to inform him when "dates" started and when "dates" ended.

**DIIENNO** coerced the victims. For example, **DIIENNO** exchanged texts with Victim 3 in late May 2017, on a day he persuaded her to "walk the streets" in Washington, D.C. The following is a text from **DIIENNO** during the exchange, sent after Victim 3 claimed to be ill:

> Bitch if there was actually something wrong with you I would take you to the hospital, but your thoughts about what you're doing is what made you throw up. I can see through the bullshit that you can't and that's why I'm the Pimp.
>
> You know how many hos throw up on their first night at the strip club? Plenty. You're going through the same shit and your strength will be evidenced only if you can change your thoughts about this shit and push through it. I do care.
>
> I care about seeing you become a strong ho and a strong person in general. But that means being cold when your ego is trying to keep you down. Taking you home is what would show that I don't care. That would mean I don't give a fuck about your development as a person.

After Victim 3 continues to protest that she is ill, **DIIENNO** sends the following:

> If your so convinced there's really something wrong then I'll take you because I do in fact care about your well-being, but if they tell you they can't find anything then I will most

definitely be kicking that ass. So what's worse? A little tummy ache or a wire coat hanger? Let me know because I'll take you right now.

Well sometimes dehydration makes you vomit, and other times vomiting makes you dehydrated. In this case we can't be sure which came first so you'll get a pass. Just go home and take care of yourself tonight. You and [Victim 1] can go out together tomorrow.

The next day, June 1, 2017, **DIIENNO** assaulted Victim 1.

A Black Gateway Model MT6728 Laptop Computer; an LG Leon LTE cellular phone (S/N 508CYDG052594), a silver LG cellular phone (S/N 703CYAS161176), a white Samsung cellular phone (S/N 355024/07/781047/2), the 12-gauge Mossberg pump shotgun, and the Smith & Wesson, Model MP9, 9mm semiautomatic pistol were seized during the course of the investigation and the devices had been used by **DIIENNO** or others to commit or facilitate the commission of the offenses of conviction.

SO STIPULATED:

_____
Joseph R. Baldwin
Assistant United States Attorney

_____
Robert Carl Diienno
Defendant

_____
Douglas Miller, Esq.
Counsel for Defendant