PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **Robert Diienno** ) | Case No.   8:19-cr-00340-GJH-1 |

## MODIFICATION OF CONDITIONS OF RELEASE

Due to Mr. Diienno's sustained compliance, U.S. Pretrial Services recommends the following modification of the above-named defendant's conditions of release:

- Location monitoring curfew from 8 p.m. to 7 a.m. to be monitored by GPS, while Mr. Diienno resides at the Gale House.

Defense Counsel Doug Miller does not object to this modification. As of this writing, Assistant U.S. Attorney Joseph Baldwin has not responded to my request for this modification.

*Leigh Messett*  July 28, 2020
Leigh Messett, U.S. Pretrial Services Officer    Date

*Troy Scott*  July 28, 2020
Troy Scott, Supervisory U.S. Pretrial Services Officer    Date

☐  The above modification of conditions of release is ordered, to be effective on   July 28, 2020   .

☐  The above modification of conditions of release is *not* ordered.

/s/                                                                       August 5, 2020
The Honorable George Jarrod Hazel                      Date
U.S. District Judge